THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT HARMS, Appellant.

Submitted February 28, 1955; decided March 3, 1955.

Motion for reargument or, in the alternative, for clarification of the opinions denied. [See 308 N. Y. 35.]